*Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondent.

No. 132, Misc. FLICKINGER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *D. M. Garrahan* for petitioner. 

No. 133, Misc. FRAZIER *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 136, Misc. KERR *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 137, Misc. HARINCAR *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 141, Misc. BEATTY *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 142, Misc. RANDELL *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 143, Misc. HOSHOR *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 144, Misc. DANIELS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 145, Misc. SCHUMAN *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 147, Misc. ERSKINE *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.